405 A.2d 542

Commonwealth v. Riley, Appellant.

Submitted June 27, 1978. Roy Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.